SANDRA KETNER, ESQ., Bar # 8527
LITTLER MENDELSON, P.C.
200 S. Virginia Street
8th Floor
Reno, NV 89501
Telephone: 775.785.6387
Fax No.: 775.562.8147
Email: sketner@littler.com

ROD FLIEGEL, ESQ., CA Bar # 168289
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, California 94104
Telephone: 415.433.1940
Fax No.: 415.399.8490
Email: rfliegel@littler.com

Attorneys for Defendant
STARBUCKS CORPORATION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES GARNER, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ACCURATE BACKGROUND, INC., STARBUCKS CORPORATION and DOES 1-50,<br><br>Defendants. | Case No. 3:17-CV-00014-MMD-VPC<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE; ORDER** |

WHEREAS, Plaintiff Charles Garner ("Plaintiff") filed a Complaint (the "Complaint") in this action on January 10, 2017 against Accurate Background, Inc. and Starbucks Corporation ("Starbucks"), alleging violation of the Fair Credit Reporting Act.

WHEREAS, Plaintiff and Starbucks have entered into a voluntary and confidential settlement agreement on May 1, 2017 (the "Settlement Agreement"), dismissing all claims against Starbucks with prejudice with each party bearing its own fees and costs.

WHEREAS, on April 19, 2017, this Court ordered the dismissal without prejudice of Plaintiff's claims against Accurate Background, Inc. (ECF No. 28).

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that**

Plaintiff's Complaint against Starbucks is dismissed with prejudice. All remaining parties have signed this stipulation. No trial date has been set in this case.

Dated: May 19, 2017    May 19, 2017

/s/*Joshua Buck*    /s/*Sandra Ketner*
JOSHUA BUCK    SANDRA KETNER
THIERMAN BUCK LLP    ROD M. FLIEGEL
    LITTLER MENDELSON, P.C.
Attorney for Plaintiffs
CHARLES GARNER    Attorney for Defendant
    STARBUCKS CORPORATION

**ORDER**

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE
DATED: May 22, 2017

Firmwide:147176317.1 055187.1065

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

1.